UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADIRONDACK INSURANCE EXCHANGE,

              Plaintiff,

      v.

HSBC BANK, USA, N.A. ISAOA;
STEVEN A. BRESLER; and GERRY-LYNN STOHR
a/k/a or f/k/a GERRY-LYNN BRESLER,

              Defendants.

---

**STIPULATION OF
WITHDRAWAL AS TO
CERTAIN CLAIMS**

Civil Action No.:
1:23-cv-01397-TJM/DJS

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all parties who have appeared in this action, that the following are hereby withdrawn, with prejudice to the extent expressly conceded, and without costs or fees to any party:

    (1) Plaintiff's First Cause of Action;

    (2) any claim by Plaintiff that defendant HSBC Bank, USA, N.A. ("HSBC Bank") breached "SECTION I – CONDITIONS", "K. Mortgage Clause" of the subject insurance policy (as set forth in Plaintiff's Second Affirmative Defense to HSBC Bank's Counterclaim and elsewhere);

    (3) any claim by Plaintiff that defendant HSBC Bank is precluded from coverage due to alleged material misrepresentations by Steven Bresler in the application for insurance (as set forth in Plaintiff's Second Affirmative Defense to HSBC Bank's Counterclaim and elsewhere); and

(4) any other allegation set forth in the initiatory or responsive pleadings by Plaintiff

asserting material misrepresentations in the application for insurance by Steven

Bresler, *to wit*: Plaintiff's Second Affirmative Defense to Steven Bresler's

Counterclaim, as well the Third Affirmative defense to Steven Bresler's

Counterclaim but only to the extent it incorporates the First Cause of Action in the

Plaintiff's Complaint (material misrepresentations in the application for insurance

by Steven Bresler).


HURWITZ FINE, P.C.

By: _____
       Scott D. Storm
Attorneys for Plaintiff
*Adirondack Insurance Exchange*
1300 Liberty Building
424 Main Street
Buffalo, New York 14202
Telephone No. (716) 849-8900
sds@hurwitzfine.com


Dated:  Buffalo, New York
       September 26, 2024


PHILLIPS LYTLE LLP

By: _____
       Sean C. McPhee
       Ryan A. Lema
Attorneys for Defendant
*HSBC Bank USA, N.A.*
One Canalside
125 Main Street
Buffalo, New York  14203
Telephone No. (716) 847-8400
smcphee@phillipslytle.com
rlema@phillipslytle.com

Dated:  Buffalo, New York
       September 30, 2024

4877-6144-4073, v. 1

LAW OFFICE OF
CRAIG A. BLUMBERG

By: _____
      Craig A. Blumberg
Attorney for Defendant
*Steven A. Bresler*
15 Maiden Lane
New York, NY 10038
Telephone No. (212)346-0808
craig@lawofficecab.com

Dated:  New York, New York
       September 4, 2024

SO ORDERED:

_____
Hon. Daniel J. Stewart, U.S.M.J.

- 3 -

4877-6144-4073, v. 1