

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Scott D. Storm**
sds@hurwitzfine.com

June 20, 2025

**VIA ELECTRONIC FILING**

Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, NY 12207

      **RE:** *Adirondack Ins. Exchange v. HSBC Bank, et al.*
           **Civil No.: 1:23-CV-01397 TJM/DJS**
           **Our File No.: 20221816**

Dear Judge Stewart:

      I am legal counsel for Adirondack Ins. Exchange. The following is in response to the letter submissions of Defendant Steven Bresler (Doc. No. 60) and Defendant HSBC (Doc. No. 61).

      Adirondack Ins. Exchange takes no position with respect to the issue presented in those letters, *to wit*, whether HSBC maintains an interest in the subject property and policy as mortgagee. However, regardless of the outcome of that dispute, Adirondack Ins. Exchange's cross-motion (Doc. no. 49) survives in part to be decided -- whether Mr. Bresler's interest in the property is limited to 50%. The validity of the mortgagee's interest has no bearing on this issue upon which Adirondack Ins. Exchange has moved. If HSBC has a valid claim under the policy as mortgagee, then for the reasons set forth in Adirondack Ins. Exchange's cross-motion, HSBC's recovery is limited to Mr. Bresler's 50% interest in the property and HSBC has priority of payment over Mr. Bresler. If HSBC has no valid claim as mortgagee under the policy, then Mr. Bresler is limited in his recovery to 50%.

      We respectfully suggest that as a preliminary matter, Mr. Bresler and HSBC be permitted to fully brief their issue further. Once a determination is made as to whether or not HSBC has a valid claim as mortgagee under the policy, Adirondack Ins. Exchange's cross-motion may then be decided (and HSBC's motion if it is determined to have a continuing valid interest).



**HURWITZ FINE P.C.**

Hon. Daniel J. Stewart
June 20, 2025
Page | 2

        Thank you for your attention to the above.

        Respectfully Submitted,

        HURWITZ FINE P.C.

        Scott D. Storm, Esq.

c:    Ryan A. Lema
      Phillips Lytle, LLP
      *Attorneys for HSBC Bank, USA, N.A. ISAOA*
      relma@phillipslytle.com

      Craig A. Blumberg
      Law Office of Craig A. Blumberg
      *Attorney for Defendant*
      *Steven A. Bresler*
      craig@lawofficecab.com