

# Phillips Lytle LLP

**Via CM-ECF**                                                                                                          May 13, 2026

Hon Elizabeth C. Coombe, U.S.D.J
United States District Court, NDNY
Federal Building and U.S. Courthouse
Syracuse, New York 13261

Re:     *Adirondack Insurance Exchange v. HSBC Bank USA, N.A., et al.*
          Case No. 23-cv-01397-ECC-DJS

Dear Judge Coombe:

On January 15, 2026, the Court issued an Order (Dkt. 71) staying this action pending determination of the appeal in *Article 13 LLC v. Ponce De Leon Fed. Bank* (2d Cir. No. 23-7247-cv).  The Court instructed the parties to submit a joint letter within seven days of the Second Circuit's decision in *Article 13.*

On May 13, 2026, the Second Circuit issued its Opinion in *Article 13*, a copy of which is enclosed herewith.

The parties each reiterate their prior arguments regarding the effect of retroactive application of the Foreclosure Abuse Prevention Act ("FAPA") on their respective rights to the insurance proceeds at issue. *See* Dkt. Nos. 42-10 at pp. 9-10; 48 at p. 3; 51 at pp. 2-4; 69; 70.

Respectfully submitted,

Phillips Lytle LLP

By

Ryan A. Lema

Enc.
cc:        All Counsel of Record via CM/ECF

ATTORNEYS AT LAW

**RYAN A. LEMA  PARTNER**   DIRECT **716 504 5790**   RLEMA@PHILLIPSLYTLE.COM

**ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887** PHONE **(716) 847-8400** FAX **(716) 852-6100** | PHILLIPSLYTLE.COM

**NEW YORK:** ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | **CHICAGO, IL** | **WASHINGTON, DC** | **CANADA:** WATERLOO REGION