

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Scott D. Storm**
sds@hurwitzfine.com

August 3, 2026

**<u>VIA ELECTRONIC FILING</u>**

Hon. Elizabeth C. Coombe
United States District Judge
United States District Court, Northern District of N.Y.

> **RE:**   ***Adirondack Ins. Exchange v. HSBC Bank, et al.***
> **Civil No.: 1:23-CV-1397 ECC/DJS**
> **Our File No.: 20221816**

Dear Judge Coombe:

I am legal counsel for Adirondack Ins. Exchange. The following is a letter motion/request to extend the deadlines set in the Text Order of July 23, 2026 (Dkt No. 74).

I was away on vacation last week and currently have an unusually congested workload. As such, I am respectfully requesting a 14-day extension of the deadlines set forth in the Text Order to August 21, 2026 (Adirondack's submission) and September 4, 2026 (Defendants' submission, if any), respectively.

Legal counsel for the defendants have been consulted and consent to this request.

Thank you for your consideration of the above respectfully submitted request.

Respectfully,

HURWITZ FINE P.C.

Scott D. Storm, Esq.

Locations: Buffalo, NY (headquarters) • Albany, NY • Albion, NY • Amherst, NY • Concord, NH • Hartford, CT
Englewood, NJ • Melville, NY • Niagara Falls, NY • Rochester, NY • Woburn, MA • Fax/Email Not For Service

**HURWITZ FINE P.C.**

Hon. Elizabeth C. Coombe
August 3, 2026
Page | 2


c:      Ryan A. Lema
        Phillips Lytle, LLP
        *Attorneys for HSBC Bank, USA, N.A. ISAOA*
        relma@phillipslytle.com

        Craig A. Blumberg
        Law Office of Craig A. Blumberg
        *Attorney for Defendant*
        *Steven A. Bresler*
        craig@lawofficecab.com