HURWITZ FINE P.C.
The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Scott D. Storm**
sds@hurwitzfine.com

September 9, 2026

**VIA ELECTRONIC FILING**
Elizabeth C. Coombe
U.S. District Judge
United States District Court
Northern District of New York

**RE: *Adirondack Ins. Exchange v. HSBC Bank, et al.***
**Civil No.: 1:23-CV-1397 ECC/DJS**

Dear Judge Coombe:

I am legal counsel for Adirondack Ins. Exchange. The following is a request for a brief extension of the September 11, 2026, deadline set in the Docket Text Order of September 3, 2026.

Due to the holiday, the Property Litigation Adjuster, AnneLorraine Kossick, for Adirondack Insurance Exchange was away until yesterday. This is the first time Ms. Kossick or I have paid money into the Court Registry, as such we are learning the process both with respect to the Court and the Company. It may be completed timely and we are earnestly endeavoring to do so but in an abundance of caution we are requesting a one-week extension until September 18, 2026.

In *Prudential Ins. Co. of Am. V. Ianetti*, 2021 US Dist LEXIS 3650, at *18 (DNJ 2021) the court directed the insurer to deposit the funds within 21 days of the Opinion. *See also*, *Liberty Mut. Fire Ins. Co. v. Citimortgage, Inc.*, 2022 US Dist LEXIS 230939, at *1 (EDNY 2022) (14 days).

Thank you for your consideration of the above respectfully submitted request.

Sincerely,

HURWITZ FINE P.C.

Scott D. Storm

c: Via Electronic Filing:

Ryan A. Lema
Phillips Lytle, LLP
*Attorneys for HSBC Bank, USA, N.A. ISAOA*
relma@phillipslytle.com

Craig A. Blumberg
Law Office of Craig A. Blumberg
*Attorney for Defendant*
*Steven A. Bresler*
craig@lawofficecab.com